FILED
MAR 04 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR614-L |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; |
| RODRIGO VELASQUEZ-COTA (1), ) MONIQUE RUIZ-MONTENEGRO (2), ) | Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| Defendants. ) | |

The United States Attorney charges:

On or about February 6, 2008, within the Southern District of California, defendants RODRIGO VELASQUEZ-COTA and MONIQUE RUIZ-MONTENEGRO, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 24.86 kilograms (54.96 pounds), of Cocaine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: March 4, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:Imperial
3/4/08