UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 10 PM 2:47

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>             vs.<br><br>MONIQUE RUIZ-MONTENEGRO (2),<br><br>                    Defendant. | CASE NO. 08CR614-L<br><br>**JUDGMENT OF DISMISSAL** |

 IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

___  of the offense(s) of:

 IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 10, 2008

_____
LEO S. PAPAS
UNITED STATES DISTRICT JUDGE
  Magistrate

ENTERED ON _____