**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
08 APR 11 AM 11:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

FILED
08 APR 10 PM 2:47
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MONIQUE RUIZ-MONTENEGRO (2),

Defendant.

CASE NO. 08CR614-L

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 10, 2008

_____
LEO S. PAPAS
UNITED STATES DISTRICT JUDGE
Magistrate

I have executed within Judgment of dismissal
Judgement and Commitment on 4/10/08

United States Marshal

By: _____
USMS Criminal Section

ENTERED ON _____